United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN OCONNOR ET AL, | No. C-14-00210 DMR |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CARRINGTON MORTGAGE SERVICES LLC, | |
| Defendant(s). | |

The Case Management Conference previously scheduled for April 16, 2014 has been VACATED and will be re-set, if necessary, following any hearing on Plaintiffs' motion for default judgment.

IT IS SO ORDERED.

Dated: April 9, 2014

_____
DONNA M. RYU
United States Magistrate Judge