JO ANN O'CONNOR
ROBERT O'CONNOR
3123 HILLSIDE DR
BURLINGGAME, CA 94010

Pro Se

FILED

2014 AUG 14 P 1:11

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT OF
NORTHERN CALIFORNIA

| | |
|---|---|
| JO ANN O'CONNOR, an individual, and ROBERT H. O'CONNOR, an individual,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 14-CV-00210-DMR – CW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>DATE:<br>TIME:<br>DEPT:<br>JUDGE:  Hon. Claudia Wilken |

　　**PLEASE TAKE NOTICE** that Plaintiff JO ANN O'CONNOR AND ROBERT H. O'CONNOR ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendant Carrington Mortgage Services, LLC.

　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　**(a) Voluntary Dismissal.**

　　　　**(1) By the Plaintiff.**

　　　　　　(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　　　　　(i)  a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has never answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated : August 12, 2014

_____
Robert H. O'Connor – Plaintiff Pro Se

_____
Jo Ann O'Connor - Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and served on the Defendant in the manner checked below and on the date stated and signed below.

[XXX] **BY MAIL** – I served a true and correct copy of the above named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. Mail in San Francisco, California. Said envelope(s) was/were addressed as listed below.

[ ] **VIA FACSIMILE** – I caused to be transmitted by facsimile machine a true copy of the above named document(s), to the below listed, and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE** - I caused to be served by hand a true copy of the above named documents as listed hereafter.

_____
Robert H. O'Connor – Plaintiff Pro Se

_____
Jo Ann O'Connor - Plaintiff